**Wu JIANG, Petitioner,**

v.

**UNITED STATES DEPARTMENT OF JUSTICE, Alberto R. Gonzales,[1] Attorney General, Respondent.**

**No. 04–1374.**

United States Court of Appeals, Second Circuit.

Jan. 26, 2006.

David X. Feng, New York, New York, for Petitioner.

David E. O'meilia, U.S. Atty., Northern District of Oklahoma, Loretta F. Radford, Asst. U.S. Atty., Tulsa, Oklahoma, for Respondent.

PRESENT: Hon. JON O. NEWMAN, Hon. GUIDO CALABRESI, and Hon. ROBERT A. KATZMANN, Circuit Judges.

**SUMMARY ORDER**

UPON DUE CONSIDERATION of this petition for review of the order of the Board of Immigration Appeals ("BIA"), IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the petition for review is DENIED.

Petitioner Wu Jiang ("Jiang") petitions for review of an order of the BIA affirming the decision of an Immigration Judge ("IJ") ordering his removal to China and denying his applications for asylum, withholding of removal, and CAT relief. We assume the parties' familiarity with the facts and procedural history of the case.

When the BIA summarily affirms the IJ, this Court reviews the IJ decision as the final agency determination. *See, e.g., Twum v. INS,* 411 F.3d 54, 58 (2d Cir. 2005); *Xu Duan Dong v. Ashcroft,* 406 F.3d 110, 111 (2d Cir.2005) (per curiam); *Yu Sheng Zhang v. Dep't of Justice,* 362 F.3d 155, 158 (2d Cir.2004) (per curiam). This Court reviews the agency's factual findings, including adverse credibility determinations, under the substantial evidence standard. *See* 8 U.S.C. § 1252(b)(4)(B); *Jin Hui Gao v. United States Att'y Gen.,* 400 F.3d 963, 964 (2d Cir.2005); *Zhou Yun Zhang v. INS,* 386 F.3d 66, 73–79; *Ramsameachire v. Ashcroft,* 357 F.3d 169, 178–83 (2d Cir.2004); *Secaida–Rosales v. INS,* 331 F.3d 297, 306–13 (2d Cir.2003); *Diallo v. INS,* 232 F.3d 279, 286–88 (2d Cir.2000).

Upon due consideration, it is ORDERED that the petition for review is hereby DENIED because the IJ's decision was supported by substantial evidence. Because the only threat to the petitioner's life or freedom depended upon the petitioner's credibility, the adverse credibility determination necessarily precludes success on the claim for withholding of removal. *See Wu Biao Chen v. INS,* 344 F.3d 272, 275 (2d Cir.2003). Jiang did not appeal the IJ's denial of CAT relief to the BIA; that issue is, therefore, waived. *See Yueqing Zhang v. Gonzales,* 426 F.3d 540, 542 n. 1, 546 n. 7 (2d Cir. Oct.13, 2005).

1. Pursuant to Federal Rule of Appellate Procedure 43(E)(2), Attorney General Alberto R. Gonzales is automatically substituted for former Attorney General John Ashcroft as respondent in this case.

Having completed our review, any stay of removal that the Court previously granted in this petition is VACATED, and any pending motion for a stay of removal in this petition is DENIED as moot. Any pending request for oral argument in this petition is DENIED in accordance with Federal Rule of Appellate Procedure 34(a)(2), and Second Circuit Local Rule 34(d)(1).